**Fill in this information to identify the case:**

Debtor 1 __John A Jagodzinski__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__   District of   __Illinois__
                                                                             (State)

Case number   __14-29625__

Form 4100R

# Response to Notice of Final Cure Payment                           10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:   Mortgage Information

**Name of creditor:** Ocwen Loan Servicing, LLC                **Court claim no.** (if known)  n/a

**Last 4 digits** of any number you use to identify the debtor's account:   8073

**Property address:**  914 Manor Court
                       Number    Street

                       Joliet                IL       60436
                       City                  State    Zip Code

## Part 2:   Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: _____

## Part 3:   Postpetition Mortgage Payment

*Check one:*

■ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   The next postpetition payment from the debtor(s) is due on:   05/24/2019
                                                                 MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

   Creditor asserts that the total amount remaining unpaid as of ___ is:

   a. Total postpetition ongoing payments due:                              (a) _____

   b. Total fees, charges, expenses, escrow, and costs outstanding:    +   (b) _____

   c. Total. Add lines a and b.                                            (c) _____

   Creditor asserts that the debtor(s) are contractually
   obligated for the postpetition payment(s) that first became
   due on:
                              _____
                              MM / DD / YYYY

Debtor 1   John A Jagodzinski
          First Name    Middle Name    Last Name

Case number *(if known)*   14-29625

---

**Part 4:  Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

**Part 5:  Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

- ❏ I am the creditor.
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗  /s/ Rachael Stokas
   Signature

Date: 5/2/2019

Print: Rachael Stokas
   First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Codilis & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 15W030 North Frontage Road, Suite 100
   Number    Street

Burr Ridge    IL    60527
City    State    ZIP Code

Contact phone: (630) 794-5300

Email: ND-Two@il.cslegal.com

File #14-11-21901

14-29625

# CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 2, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on May 2, 2019.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
John A Jagodzinski, Debtor(s), 914 Manor Court, Joliet, IL 60436
Thomas W Toolis, Attorney for Debtor(s), 10075 West Lincoln Highway, Frankfort, IL 60423 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF


/s/ Rachael Stokas


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Grant W. Simmons ARDC#6330446
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
 **C&AFILE# (14-11-21901)**

NOTE: This law firm is a debt collector.